ORIGINAL

SEND

FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PATRICIA CORLETT | CV 05-643-JSL (PJWx) |
| PLAINTIFF(S) | |
| v. | ORDER RETURNING CASE FOR REASSIGNMENT |
| MANY MANSIONS, INC., ET AL | |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: ___Feb. 15 2005___

J. SPENCER LETTS
Senior United States District Judge

NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge___Gary A. Feess___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __GAF__ ____ after the case number in place of the initials of the prior judge so that the case number will read CV 05-643 GAF (PJWx).

This is very important because documents are routed to the assigned judge by means of the initials.

CV-89 (02/98)            ORDER RETURNING CASE FOR REASSIGNMENT

⑤

ENTERED ON CM 2/16/05